IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE YANG,<br><br>　　　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>CATHY MENDOZA-POWERS, Warden,<br><br>　　　　　　　　　　　　　　　Respondent. | CIV-S-05-0417 DFL DAD P<br><br>**ORDER** |

　　　　Respondent has requested a thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by petitioner. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including June 1, 2005, in which to file a response to the petition for writ of habeas corpus filed by petitioner.

DATED: May 4, 2005.

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:dk
yang0417.eot