IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEE YANG,** | CIV S-05-0417 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **CATHY MENDOZA-POWERS,** | |
| Respondent. | |

On June 1, 2005, respondent filed a request for a three-day enlargement of time in which to file a response to petitioner's petition for writ of habeas corpus. Subsequently on June 2, 2005, respondent filed a motion to dismiss and documents in support of the motion. GOOD CAUSE APPEARING, respondent is granted an enlargement of time nunc pro tunc, and the motion to dismiss is deemed timely filed. Petitioner shall file his opposition or statement of non-opposition to the motion to dismiss within thirty days of service of the motion. Respondent's reply, if any, shall be filed within fifteen days thereafter.

DATED: June 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
yang0417.eot2