IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEE YANG,** | CIV S-05-0417 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **CATHY MENDOZA-POWERS,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an enlargement of time by thirty (30) additional days for Respondent to complete and file a responsive brief on or before July 30, 2006.

DATED: May 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
yang0417.eot3